UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RHONDA McBEE,**  Plaintiff,  v.  **SECURITY CREDIT SYSTEMS,**  Defendant. | Civil Action Number: 2:09-02764  ORDER  HON. WILLIAM J. MARTINI |

## ORDER

For the reasons elaborated in the memorandum opinion filed contemporaneously with this Order, and based upon the well reasoned report and recommendation of the Magistrate Judge below,

**IT IS** on this 29th day of March 2010;

**ORDERED** that the report and recommendation is **ADOPTED**;

**ORDERED** that Defendant's motion to dismiss is **GRANTED**;

**ORDERED** that this action is **DISMISSED**.

s/ William J. Martini
**William J. Martini, U.S.D.J.**